**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

INDEPENDENCE INSTITUTE,
a Colorado nonprofit corporation,

     Plaintiff,

         v.

FEDERAL ELECTION COMMISSION,

     Defendant.

Case No. 1:14-cv-1500-CKK-PAM-APM

**JOINT STATUS REPORT**

Pursuant to this Court's Order of May 6, 2016, Plaintiff Independence Institute and Defendant Federal Election Commission (collectively "the parties"), having conferred, now file this Joint Status Report "indicating how they seek to proceed in this litigation." Minute Order, No. 1:14-cv-01500-CKK-PAM-APM (D.D.C. May 6, 2016).

### I.     Procedural History

On September 2, 2014, the Independence Institute filed a verified Complaint, Dkt. 1, challenging various provisions of 52 U.S.C. § 30104(f) as "overbroad as applied to the Independence Institute's proposed advertisement" and seeking declaratory and injunctive relief. Dkt. 1 at 27. Contemporaneously with the Verified Complaint, the Institute also filed a Motion to Convene a Three-Judge Court. Dkt. 3. Two days later, on September 4, 2014, the Institute filed a Motion for Preliminary Injunction. Dkt. 5.

On September 10, 2014, the parties entered a Stipulation and Proposed Order limiting the scope of the Plaintiff's claims and converting the Motion for Preliminary Injunction into a Motion for Summary Judgment. Dkt. 13. The proposed Order was adopted by the Court. Dkt. 14.

On October 6, 2014, the Court issued a Memorandum Opinion, Dkt. 24, and an order denying the Motion for a Three-Judge Court, denying the Motion for Preliminary Injunction, and entering judgment for the Federal Election Commission. Dkt. 23. The Independence Institute timely appealed. Dkt. 25.

On March 1, 2016 the D.C. Circuit issued its opinion "revers[ing] the judgment of the District Court denying the request for a three-judge district court, vacat[ing] the judgment of the District Court in favor of the FEC, and remand[ing] the case to the District Court with directions for it to initiate the procedures to convene a three-judge district court." *Independence Institute v. FEC*, 816 F.3d ___, ___, No. 14-5249, slip op. at 8 (D.C. Cir. Mar. 1, 2016). The mandate issued on April 26, 2016, Dkt. 27, and this Court requested designation of a three-judge district court two days later. Dkt. 28.

On May 4, 2016, the Chief Judge of the United States Court of Appeals for the District of Columbia Circuit designated Judge Patricia A. Millett of United States Court of Appeals for the District of Columbia Circuit and Judges Colleen Kollar-Kotelly and Amit P. Mehta of United States District Court for the District of Columbia to comprise the three-judge court. Dkt. 30.

## II.    Proposed Briefing Schedule

The parties do not anticipate contested questions of material fact, and consequently agree that this litigation should be resolved on cross motions for summary judgment. Accordingly, they propose the following briefing schedule.

- June 17, 2016: Plaintiff Independence Institute will file a Motion for Summary Judgment, which shall not exceed 45 pages.

- July 19, 2016: Defendant Federal Election Commission will file a Consolidated Cross Motion for Summary Judgment and Opposition to the Independence Institute's Motion for Summary Judgment, which shall not exceed 45 pages.

- August 12, 2016: Plaintiff Independence Institute will file its Consolidated Opposition to the Federal Election Commission's Cross Motion for Summary Judgment and Reply in support of its Motion for Summary Judgment, which shall not exceed 25 pages.

- September 2, 2016: Defendant Federal Election Commission will file its Reply in support of its Cross Motion for Summary Judgment, which shall not exceed 25 pages.

The Institute further requests that the Court calendar this matter for oral argument at the earliest convenient moment following the conclusion of briefing.

The Commission is available for oral argument should the Court deem one necessary.

Respectfully submitted this 13th day of May, 2016.

s/ Allen Dickerson

Allen Dickerson
    (D.C. Bar No. 1003781)
Tyler Martinez
    (D.C. Bar No. 1022937)

Center for Competitive Politics
124 S. West Street, Suite 201
Alexandria, Virginia 22314
Telephone: 703.894.6800
Facsimile: 703.894.6811
adickerson@campaignfreedom.org
tmartinez@campaignfreedom.org

*Counsel for Plaintiff*
*Independence Institute*

Daniel A. Petalas (D.C. Bar No. 467908)
Acting General Counsel
dpetalas@fec.gov

Lisa J. Stevenson (D.C. Bar No. 457628)
Deputy General Counsel — Law
lstevenson@fec.gov

Kevin Deeley
Acting Associate General Counsel
kdeeley@fec.gov

Erin Chlopak (D.C. Bar No. 496370)
Acting Assistant General Counsel
echlopak@fec.gov

s/ Greg J. Mueller
Greg J. Mueller (D.C. Bar No. 462840)
Attorney
gmueller@fec.gov

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street, N.W.
Washington, DC 20463
(202) 694-1650

4

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Joint Status Report using the court's

CM/ECF system. A Notice of Docket Activity will be emailed to all registered attorneys currently

participating in this case, constituting service on those attorneys:


Erin Chlopak
echlopak@fec.gov

Gregory Mueller
gmueller@fec.gov

Joseph Hebert
ghebert@campaignlegalcenter.org


s/ Allen Dickerson
Allen Dickerson

Dated: May 13, 2016