## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **INDEPENDENCE INSTITUTE,** | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. 1:14-cv-1500-CKK-PAM-APM ) ) |
| **FEDERAL ELECTION COMMISSION,** | ) ) |
| Defendant. | ) ) ) |

## SCHEDULING ORDER

In view of the parties' Joint Status Report filed on May 13, 2016, ECF No. 24, the court orders the following with regards to further proceedings in this matter:

1. June 17, 2016: Plaintiff Independence Institute shall file its Motion for Summary Judgment, which shall not exceed 45 pages, *see* LCvR 7(e);

2. July 19, 2016: Defendant Federal Election Commission shall file its Consolidated Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment, which shall not exceed 45 pages, *see* LCvR 7(e);

3. August 12, 2016: Plaintiff Independence Institute shall file its Consolidated Opposition to Defendant's Cross-Motion for Summary Judgment and Reply in support of its Motion for Summary Judgement, which shall not exceed 25 pages, *see* LCvR 7(e);

4. September 2, 2016: Defendant Federal Election Commission shall file its Reply in support of its Cross-Motion for Summary Judgment, which shall not exceed 25 pages, *see* LCvR 7(e).

5. September 14, 2016, at 2:00 p.m., in Courtroom 31: Oral argument. Each side shall be limited to 20 minutes for argument.

In addition to all other issues that the parties wish to raise in their briefing, the parties shall address whether their dispute is now moot, *see Federal Election Commission v. Wisconsin Right to Life, Inc.*, 551 U.S. 449, 461-64 (2007), and Plaintiff shall address whether it intends to make a qualifying "electioneering communication," 52 U.S.C. § 30104(f), for the upcoming election cycle.

Dated:  May 17, 2016

/s/
PATRICIA A. MILLETT
United States Circuit Judge

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

/s/
AMIT P. MEHTA
United States District Judge