# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDEPENDENCE INSTITUTE,<br>a Colorado nonprofit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>    Defendant. | Case No. 1:14-cv-1500-CKK-PAM-APM |

## [PROPOSED] ORDER

Upon consideration of the Plaintiff Independence Institute's Motion for Summary Judgment and briefing in support thereof,

IT IS HEREBY ORDERED that the motion is granted; and it is

FURTHER ORDERED that the Federal Election Commission is enjoined from enforcing the electioneering communications statute, codified at 52 U.S.C. § 30104(f), against the Independence Institute in connection with its proposed advertisement or substantively similar advertisements.

IT IS SO ORDERED.

 

Patricia A. Millett
United States Circuit Judge

 

Colleen Kollar-Kotelly
United States District Judge

 

Dated: _____, 2016

Amit P. Mehta
United States District Judge