**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INDEPENDENCE INSTITUTE,<br>a Colorado nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>Defendant. | Case No. 1:14-cv-1500-CKK-PAM-APM |

**NOTICE OF APPEAL**

Notice is given that Plaintiff Independence Institute appeals to the United States Supreme Court from this Court's Order and Memorandum Opinion filed November 3, 2016. ECF Nos. 52 and 53 (denying Plaintiff's Motion for Summary Judgment and granting Defendant's Motion for Summary Judgment). This notice is timely submitted within ten days of the aforementioned order and opinion.

Direct appeal is taken pursuant to Section 403(a)(3) of the Bipartisan Campaign Reform Act of 2002. 52 U.S.C. § 30110 note.

Respectfully submitted,

s/ Allen Dickerson

Allen Dickerson (D.C. Bar No. 1003781)
Tyler Martinez (D.C. Bar. No. 1022937)
Center for Competitive Politics
124 S. West Street, Suite 201
Alexandria, Virginia 22314
Telephone: 703.894.6800
Facsimile: 703.894.6811
adickerson@campaignfreedom.org
tmartinez@campaignfreedom.org

Dated: November 10, 2016

*Counsel for Plaintiff Independence Institute*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Appeal using the court's CM/ECF system. All participants in the case are represented by counsel of record who are registered CM/ECF users. A Notice of Docket Activity will be emailed to all registered attorneys currently participating in this case, constituting service on those attorneys:

**For the Federal Election Commission:**

Erin Chlopak
echlopak@fec.gov

Gregory Mueller
gmueller@fec.gov

**For *Amici Curiae* Free Speech Defense and Education Fund, et al.**

William Olson
wjo@mindspring.com

**For *Amici Curiae* Campaign Legal Center, et al.**

Joseph Hebert
ghebert@campaignlegalcenter.org

s/ Allen Dickerson
Allen Dickerson

Dated: November 10, 2016